# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SCOTT KEATLEY and JOSEPH VILLARI, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFEWAY FOODS, INC.,<br><br>Defendant. | Case No. 1:12-cv-03521<br><br>Honorable Robert M. Dow, Jr.<br><br>Magistrate Judge Michael T. Mason |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiffs SCOTT KEATLEY and JOSEPH VILLARI and Defendant LIFEWAY FOODS, INC, by and through their respective attorneys, pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of the above-captioned action, with prejudice, with each side to bear their own costs and attorney's fees.

Dated: April 2, 2015.

Respectfully submitted,

By: /s/ Harry O. Channon
Harry O. Channon
FRANKLIN LAW GROUP
181 Waukegan Road, Suite 205
Northfield, IL 60093
Telephone: (847) 716-2380
Facsimile: (847) 716-2390

Antonio Vozzolo (*pro hac vice*)
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
*Attorneys for Plaintiffs*

By: /s/ Richard N. Kessler (w/consent)
Richard N. Kessler
MCDONALD & HOPKINS, LLC
300 N. LaSalle Street, Suite 2100
Chicago, IL 60654
Tel: (312) 280-0111
Fax: (312) 280-8230
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document was served upon the following counsel of record on April 2, 2015, through the court's electronic filing system, as follows:

    Richard N. Kessler                    rkessler@mcdonaldhopkins.com


                                                      /s/    Harry O. Channon
                                                            Harry O. Channon