## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Scott Keatley, et al.
                    Plaintiff,

v.                                          Case No.: 1:12–cv–03521
                                            Honorable Robert M. Dow Jr.

Lifeway Foods, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 3, 2015:

    MINUTE entry before the Honorable Robert M. Dow, Jr: On 4/2/2015, the parties file a stipulated dismissal with prejudice [see 76]. Pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the parties' stipulation to dismiss this action, with prejudice, with each side to bear their own costs and attorney's fees this case is dismissed. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.